1    Michelle R. Ghidotti-Gonsalves, Esq. (232837)
     Jennifer R. Bergh, Esq. (305219)
2    LAW OFFICES OF MICHELLE GHIDOTTI
     5120 E. La Palma Ave. Ste. 206
3    Anaheim Hills, CA 92807
     Tel: (949) 354-2601
4    Fax: (949) 200-4381
     mghidotti@ghidottilaw.com

5

6    Attorneys for Secured Creditor
     Aspen G LLC, its successors and assigns

7

8                UNITED STATES BANKRUPTCY COURT

9           NORTHERN DISTRICT OF CALIFORNIA – (SAN JOSE)

10   In re:                      )    Case No. 16-52851
                             )
11                          )    CHAPTER 13
   RICHARD JOHN RIVERA, JR. and JULIE   )
12   GONZALES-RIVERA,          )
                             )
13            Debtors.        )   **DECLARATION OF ERICK B. MOULD**
                             )   **IN SUPPORT OF SUPPLEMENTAL**
14                          )   **OPPOSITION OF ASPEN G LLC, TO**
                             )   **DEBTORS' MOTION TO VALUE**
15                          )   **PROPERTY, TREAT CLAIM AS**
                             )   **UNSECURED AND AVOID JUNIOR**
16                          )   **LIEN OF ASPEN G LLC**
                             )
17                          )   Honorable M. Elaine Hammond
                             )
18                          )
                             )
19                          )

20

21       I, Erik B. Mould, declare as follows:

22       I am a certified real estate appraiser, California License No. AR035784 and I have

23 been licensed by the State of California continuously since 12/03/2004. I have

24 conducted numerous single family residential real property appraisals in the area where the

25 subject property is located. A true and correct copy of my Professional Resume detailing my

26 experience is attached hereto as Exhibit "1" and is incorporated herein by reference. I have

27 personal knowledge of the matters set forth in this declaration, or I have gained knowledge of

28

     DECLARATION OF ERICK B. MOULD IN SUPPORT OF SUPPLEMENTAL OPPOSITION OF ASPEN G LLC, TO
        DEBTORS' MOTION TO VALUE PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN OF
                                 ASPEN G LLC

them from sources and documents which I normally use to conduct and draft appraisals. As to the statements made upon information and belief, I believe them to be true. I could and would testify competently to the matters set forth herein if called upon to do so, and with mutual consent. I am over the age of 18.

In or about January of 2017, on behalf of secured creditor Aspen G. LLC, I was hired to prepare an appraisal of the single family residential real property located at 140 College Rd., Watsonville, CA 95076 (the "**Property**").

On or about January 19, 2017, I conducted a full interior and exterior inspection of the Property, as more particularly described in the Appraisal Report prepared by me attached hereto as Exhibit "2" and incorporated herein by reference ("**Appraisal Report**").

I developed my opinion as to the market value of the Property based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this Appraisal Report. I selected and used comparable sales that are locationally, physically and functionally the most similar to the subject Property. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the Property and the comparable sales. The sales comparison approach is the best indicator of value as it best reflects the sales trends between buyers and sellers in an open market.

My opinion as to the market value of the Property, based upon the information I have been able to gather concerning, among other things, the current market conditions in the subject area, is that as of October 03, 2016 (effective date of appraisal), the market value of the Property was $470,000.00, as reflected in the Appraisal Report.

//

//

1   I declare under penalty of perjury under the laws of the United States of America that

2   the foregoing is true and correct and that this Declaration was executed this 6th day of

3   February 1, 2017 at Aptos, California.

4

5

6       By: _____

7           Erick B. Mould

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERICK B. MOULD IN SUPPORT OF SUPPLEMENTAL OPPOSITION OF ASPEN G, LLC, TO
DEBTORS' MOTION TO VALUE PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN OF
ASPEN G, LLC

# EXHIBIT "1"

Appraiser's Resume

# Erick Bryan Mould

4106 Porter Gulch Rd   Aptos, CA  95003

Office (831)475-5970  * Cellular (831)818-0309 * Fax (831)475-5203

Email: **Erick@pac-res-appraisals.com**


Real Estate Appraiser's License # AR035784

      State of California, expires 12/2/2018

Member of California Real Estate Board

Associate Member of Appraisal Institute

E&O Insurance: Five Star Appraise Policy # 20-313-8638

OREA course completion 2008, 2010, 2012, 2014, 2016

USPAP course completion 2008, 2010, 2012, 2014, 2016

Allied International Appraisal Course completion 2006

Allied Business Schools 2004


**Appraisal Experience:**

**2005-present     Pacific Residential Appraisal Services Inc.  (831)475-5970**

      CEO and Appraiser.  SFR's, manufactured homes,  lots,  acreage, 2-4 units,

       mobile homes,  Condos, Desk reviews, Field reviews, BPO & REO's.

**1990-2005       Kasslers Appraisals   (209)586-4565**

      Appraiser & Office Manager.  Assistant Appraiser to Dave Kassler (now retired)

**1994-1997       Del Caro Appraisals**

      Appraisal Assistant to Ralph Del Caro  (now deceased)

**Counties covered:**

Santa Cruz    Monterey    San Benito    Santa Clara    Alameda

San Mateo    Sacramento    San Francisco    Contra Costa    Marin

Solano

**Business References:**

Brett Clark   (831)442-8099

Loan Review Inc.

1011 Sunset Blvd.   Rocklin, CA  95676


Ed Holmquist    (925)552-3814

Residential Pacific Mortgage

3201 Danville Blvd., Ste. 195    Danville, CA  94507


Robert Silva   (831) 809-4973

Atlas Mortgage

252 Main Street   Salinas, CA  93901


Gerardo Cordero

G & C Mortgage

1588 Moffett Street, Ste. A    Salinas, CA  (831) 682-7600

# EXHIBIT "2"



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:

140 College Rd
See preliminary report for legal description
Watsonville, CA 95076

### FOR:

The Law Offices of Michelle Ghidotti
5120 E. La Palma Ave., Ste. 206
Anaheim Hills, CA  92807

### AS OF:

10/03/2016

### BY:

Erick B. Mould
Pacific Residential Appraisals Services, Inc.
4106 Porter Gulch Road
Aptos, CA 95003
www.pac-res-appraisals.net
831-475-5970

Form GA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera | | | File No. | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti | | | | | |

## TABLE OF CONTENTS

Supplemental Addendum ........................................................................................................................ 1
Cover Page ........................................................................................................................................... 2
Letter of Transmittal ............................................................................................................................. 3
URAR ................................................................................................................................................... 4
Additional Comparables 4-6 .................................................................................................................. 10
Supplemental Addendum ....................................................................................................................... 11
Market Conditions Addendum to the Appraisal Report ............................................................................ 12
USPAP Identification Addendum ............................................................................................................ 13
Building Sketch ..................................................................................................................................... 14
Location Map ........................................................................................................................................ 15
Plat Map ............................................................................................................................................... 16
Aerial map of subject ............................................................................................................................ 17
Subject Photos ..................................................................................................................................... 18
Photograph Addendum .......................................................................................................................... 19
Photograph Addendum .......................................................................................................................... 20
Photograph Addendum .......................................................................................................................... 21
Photograph Addendum .......................................................................................................................... 22
Photograph Addendum .......................................................................................................................... 23
Photograph Addendum .......................................................................................................................... 24
Photograph Addendum .......................................................................................................................... 25
Photograph Addendum .......................................................................................................................... 26
Photograph Addendum .......................................................................................................................... 27
Comparable Photos 1-3 ......................................................................................................................... 28
Comparable Photos 4-6 ......................................................................................................................... 29
UAD Definitions Addendum .................................................................................................................... 30
License ................................................................................................................................................. 33
E & O Insurance - Page 1 ....................................................................................................................... 34
E & O Insurance - Page 2 ....................................................................................................................... 35
Public Record Data sheet - Page 1 ......................................................................................................... 36
Public Record Data sheet - Page 2 ......................................................................................................... 37
Flood Map ............................................................................................................................................ 38

Form TOCNP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Pacific Residential Appraisal Services, Inc.
4106 Porter Gulch Road
Aptos, CA 95003
831-475-5970

The Law Offices of Michelle Ghidotti
5120 E. La Palma Ave., Ste. 206
Anaheim Hills, CA 92807

Re: Property:   140 College Rd
               Watsonville, CA 95076
    Borrower:  Richard Rivera Jr. & Julie Gonzalez-Rivera
    File No:

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.



. Mould
784

# Uniform Residential Appraisal Report

**File #**

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 140 College Rd | City Watsonville | State CA | Zip Code 95076 |

Borrower Richard Rivera Jr. & Julie Gonzalez-Rivera  Owner of Public Record Richard Rivera Jr. & Julie Gonzalez-Rivera  County Santa Cruz

Legal Description  See preliminary report for legal description

Assessor's Parcel # 051-171-14   Tax Year 2016   R.E. Taxes $ 1,719

Neighborhood Name Watsonville   Map Reference 42100   Census Tract 1225.00

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Junior Lien

Lender/Client   The Law Offices of Michelle Ghidotti   Address   5120 E. La Palma Ave., Ste. 206, Anaheim Hills, CA 92807

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).   Sources include homeowner, REILMLS and Realist.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | Property Values | ☒ Increasing ☐ Stable ☐ Declining | PRICE | AGE | One-Unit | 85 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth | ☒ Rapid ☐ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 227 Low 0 | | Multi-Family | 5 % |
| Neighborhood Boundaries | | | | 535 High 110 | | Commercial | 5 % |

Neighborhood Boundaries   North from Highway 152, east to Castro Valley Road, west to Freedom Boulevard and south to Highway 129.    (439 Pred. 50 — Other %)

Neighborhood Description   This is a suburban area of the county, primarily residential with good shopping, freeways, schools, buses and recreational facilities. There is a good mix of properties in this area with newly built homes and older style homes that have been well kept or remodeled. All community facilities are within 15 minutes.  Subject located on a busy road.

Market Conditions (including support for the above conclusions)   Continued strong demand in this area for housing, limited supply and historic low interest rates. From mid 2006 through 2010 prices decreased with increased housing supply and pressure from REO's and foreclosures in area, before increasing again. Comparable property values were stable during 2013 and 2014, followed by increasing values over the past year.

## SITE

Dimensions 60x101.08x53.64x101.55   Area 6403 sf   Shape Rectangular   View N;Res;

Specific Zoning Classification R-1-6   Zoning Description Single Family Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No  FEMA Flood Zone AE   FEMA Map # 06087C0411E   FEMA Map Date 05/16/2012

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☒ Yes ☐ No  If Yes, describe

This is a typical site for this neighborhood and a typical flood zone for the area. Subject recently flooded and had 18 inches of water in garage, yard and under home.  Water possibly went in heating duct and heater not currently in use. I am not an environmental nor pest inspector, an inspector should be consulted to determine if any hazards or deficiencies exist. See Addendum for additional items.  Subject located on a busy road.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description  materials/condition | | Interior  materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls Concrete/Average | | Floors Wood/Tile/Good | |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco/Average | | Walls Sheetrock/Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface Composition/Avg | | Trim/Finish Wood/Average | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Galv/Alum/Avg | | Bath Floor Tile/Vinyl/Average | |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Dual panes/Avg | | Bath Wainscot Tile/Average | |
| Year Built 1959 | | Evidence of ☐ Infestation | | Storm Sash/Insulated None/Typical | | Car Storage ☒ None | |
| Effective Age (Yrs) 35 | | ☐ Dampness ☐ Settlement | | Screens Mesh/Average | | ☐ Driveway # of Cars 2 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface Concrete/typical | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other | Fuel NaturalGas | ☐ Woodstove(s) # 0 | | ☒ Garage # of Cars 2 |
| ☐ Floor ☐ Scuttle | | Cooling ☐ Central Air Conditioning | | ☒ Fireplace(s) # 1 ☒ Fence Wd/Avg | | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☒ Other None | | ☒ Patio/Deck Patio ☒ Porch Front | | ☐ Att. ☐ Det. ☐ Built-in |
| | | | | ☐ Pool None ☐ Other None | | | |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) Fan hood

Finished area above grade contains:  5 Rooms  3 Bedrooms  2.0 Bath(s)  1,076 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   Dual panes

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C4;Kitchen-updated-eleven to fifteen years ago;Bathrooms-not updated;The care of the home has been average and physical depreciation is normal. All systems appear to be in working order. This report is not a home inspection, a home inspector should be used to establish the condition of this property.  Kitchen redone in 2000. Roof is 10 years old.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

No adverse conditions or hazards were noted during the inspection.  Environmental, stability, soil, structure, pest, and hazard conditions require experts in these fields and are beyond the scope of this report.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

**File #**

| | | | | |
|---|---|---|---|---|
| There are | 7 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 349,500 | | to $ 529,000 |
| There are | 23 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 227,500 | | to $ 535,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 140 College Rd<br>Watsonville, CA 95076 | 150 College Rd<br>Watsonville, CA 95076 | 30 College Rd<br>Watsonville, CA 95076 | 134 College Rd<br>Watsonville, CA 95076 |
| Proximity to Subject | | 0.04 miles SE | 0.04 miles SE | 0.02 miles NW |
| Sale Price | $ | $ 450,000 | $ 535,000 | $ 395,500 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 409.84 sq.ft. | $ 391.94 sq.ft. | $ 381.76 sq.ft. |
| Data Source(s) | | REILMLS#ML81564882;DOM 8 | REILMLS#ML81590572;DOM 1 | REILMLS#ML81594535;DOM 15 |
| Verification Source(s) | | COE Doc # 15347 | COE Doc # 26143 | COE Doc # 33937 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing<br>Concessions | | ArmLth<br>Conv;0 | | ArmLth<br>Conv;0 | | ArmLth<br>Conv;0 | |
| Date of Sale/Time | | s05/16;c03/16 | | s07/16;c06/16 | | s09/16;c07/16 | |
| Location | A;BsyRd; | A;BsyRd; | | A;BsyRd; | | A;BsyRd; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6403 sf | 9496 sf | 0 | 8973 sf | 0 | 11550 sf | -5,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Traditional | DT1;Ranch | 0 | DT2;Traditional | 0 | DT1;Traditional | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 57 | 43 | 0 | 37 | 0 | 79 | 0 |
| Condition | C4 | C4 | | C2 | -27,000 | C4 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | +10,000 | Total Bdrms. Baths | +10,000 |
| Room Count | 5  3  2.0 | 5  3  2.0 | | 6  2  2.0 | 0 | 4  2  1.0 | +10,000 |
| Gross Living Area | 1,076 sq.ft. | 1,098 sq.ft. | 0 | 1,365 sq.ft. | -18,785 | 1,036 sq.ft. | 0 |
| Basement & Finished<br>Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | F/Air | F/Air | | F/Air | | Floor furnace | +5,000 |
| Energy Efficient Items | Dual panes | No dual panes | +10,000 | Dual panes | | Dual panes | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 1ga2dw | +5,000 | 1gd2dw | +5,000 |
| Porch/Patio/Deck | Patio | Patio | | Deck | 0 | Patio | |
| Kitchen | Updated kitchen | Dated kitchen | +10,000 | Remodeled | 0 | Dated kitchen | +10,000 |
| Fireplace | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | No Fireplace | +2,500 |
| Additional Areas | None | None | | None | | Workshop | -10,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 20,000 | ☐ + ☒ - | $ -30,785 | ☒ + ☐ - | $ 27,500 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. 4.4 %<br>Gross Adj. 4.4 % | $ 470,000 | Net Adj. 5.8 %<br>Gross Adj. 11.4 % | $ 504,215 | Net Adj. 7.0 %<br>Gross Adj. 14.5 % | $ 423,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  REILMLS/Realist
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  REILMLS/Realist
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | REILMLS/Realist | REILMLS/Realist | REILMLS/Realist | REILMLS/Realist |
| Effective Date of Data Source(s) | 10/03/2016 | 10/03/2016 | 10/03/2016 | 10/03/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Subject has not been listed or transferred in the past 36 months prior to this inspection.  None of the comparables have listed or transferred in the past 12 months prior to the most recent sale or listing noted on the grid.  All digital signatures used in the appraisal report are password secured.

Summary of Sales Comparison Approach    This Sales Comparison Approach was developed by using the best comparables sales available at the time of inspection.  The "best comparable sales" are defined as a reasonable number of comparable properties, within the subject market area, that "bracket" the most important value determining features of the subject.  This bracketing allows the appraiser to add value to inferior property characteristics and subtract value from superior property characteristics in order to find a supportable estimation for the subject's market value.  All sales are competing homes from the same market.  They are confirmed as closed sales as noted above.  The market appears to be increasing at this time.  All adjustments are typical and based upon buyer behavior in this market.  Adjustments also based on MLS comments and interior/exterior photos.  These comps are considered to be the best available.

Indicated Value by Sales Comparison Approach $  470,000

Indicated Value by: Sales Comparison Approach $  470,000    Cost Approach (if developed) $  468,595    Income Approach (if developed) $

All sales are competing homes from the same market.  They are confirmed as closed sales as noted above.  Comps #1, 2 & 3 were given primary weight.  Comparables #4 & 5 were given secondary consideration.  Comparables #6 was considered supportive.  All adjustments are typical and based upon buyer behavior in this market.  Adjustments also based on MLS comments and interior/exterior photos.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  470,000 , as of  10/03/2016 , which is the date of inspection and the effective date of this appraisal.

Case: 16-52851    Doc# 33    Filed: 03/01/17    Entered: 03/01/17 17:25:25    Page 12 of 47

Freddie Mac Form 70 March 2005            UAD Version 9/2011        Page 2 of 6                                    Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**SALES COMPARISON APPROACH** (vertical label)
**RECONCILIATION** (vertical label)

# Uniform Residential Appraisal Report

ADDITIONAL COMMENTS

The intended user of this report is the Lender/Client. The intended use is to evaluate the property that is the subject of the appraisal for a Retroactive appraisal dated 10/03/2016, subject to the Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional intended users are identified by the appraiser.

The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the date of this report, I have completed the continuing education program of the Appraisal Institute.

Utilities were on and functional as of the effective date of the appraisal.

The subject does not have a carbon monoxide detector installed and smoke detector installed at the time of the inspection.

The subject's water heater is not double strapped to the wall with earthquake straps, per local building code.

A reasonable exposure time for the subject property is 1 to 60 days.

This appraisal was completed compliant to the Appraisers Independence Requirements (AIR). There was no undue influence on the appraiser in the value determination of the subject.

The appraisal was prepared in accordance with FIRREA Title XI.

I have not performed valuation services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

No personal property was included in the valuation of the subject property.

The subject and Comps #1 and 2 are located on College Road. College Road is a main street that connects Lakeview Road and Highway 152. It gets alot of traffic and traffic noise. Location adjustment is made for the Busy Road verses Residential Street traffic. Amount was derived from paired sale analysis and prior appraisal files.

**Subject has termite evidence on the bedroom windows. It is recommended that a pest inspection be performed by a professional. The stucco goes all the way to the ground and appears to be causing the wood to rot and the stucco to crack and causing mold in the house in the bedrooms. It is recommended that an inspection be performed by a professional.**

## COST APPROACH TO VALUE (not required by Fannie Mae)

COST APPROACH

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     The site values for this county are typically high--often 40-70% of the value of the property--due to the high demand and limited amount of vacant homesites. Values are based on past land sales, appraisals, or extraction method.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

| | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | ............................................................ | =$ | 290,000 |
| DWELLING | 1,076 Sq.Ft. @ $ 205.00 | =$ | 220,580 |
| | 0 Sq.Ft. @ $ | ......... =$ | |
| Patio | | =$ | 25,000 |
| Garage/Carport | 431 Sq.Ft. @ $ 105.00 ........ | =$ | 45,255 |
| Total Estimate of Cost-New | ................................................ | =$ | 290,835 |

Source of cost data  Marshall and Swift

Quality rating from cost service  Q4       Effective date of cost data  1/1/2016

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

Physical depreciation is based on the age/life method of calculating straight line depreciation. Based on a total economic life of 80 years.

The land to value ratio is typical to the area. External obsolescence noted for the busy road.

| Less | Physical | Functional | External | |
|---|---|---|---|---|
| Depreciation | 127,240 | | 10,000 | =$( 137,240) |
| Depreciated Cost of Improvements | | | ............................. | =$ 153,595 |
| "As-is" Value of Site Improvements | | | ............................. | =$ 25,000 |

| | | | |
|---|---|---|---|
| Estimated Remaining Economic Life (HUD and VA only) | 45 Years | INDICATED VALUE BY COST APPROACH ......................... = $ | 468,595 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

INCOME

Estimated Monthly Market Rent $ _____  X  Gross Rent Multiplier _____ = $ _____  Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)     The income approach to value has not been developed as most SFRs in this market are not purchased for their income producing potential.

## PROJECT INFORMATION FOR PUDs (if applicable)

PUD INFORMATION

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases _____  Total number of units _____  Total number of units sold _____

Total number of units rented _____  Total number of units for sale _____  Data source(s) _____

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Case: 16-52851   Doc# 33   Filed: 03/01/17   Entered: 03/01/17 17:25:25   Page 13 of 47

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Case: 16-52851   Doc# 33   Filed: 03/01/17   Entered: 03/01/17 17:25:25   Page 14 of 47

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Case: 16-52851    Doc# 33    Filed: 03/01/17    Entered: 03/01/17 17:25:25    Page 15 of 47

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report   was   prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Erick [Monkol] | Name |
| Company Name   Pacific Residential Appraisals | Company Name |
| Company Address   4106 Porter Gulch Road | Company Address |
| Aptos, CA 95003 | |
| Telephone Number   (831) 475-5970 | Telephone Number |
| Email Address   erick@pac-res-appraisals.com | Email Address |
| Date of Signature and Report   01/19/2017 | Date of Signature |
| Effective Date of Appraisal   10/03/2016 | State Certification # |
| State Certification #   AR035784 | or State License # |
| or State License # | State |
| or Other (describe)   State # | Expiration Date of Certification or License |
| State   CA | |
| Expiration Date of Certification or License   12/02/2018 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

140 College Rd

Watsonville, CA 95076

APPRAISED VALUE OF SUBJECT PROPERTY $       470,000

LENDER/CLIENT

Name   LRES

Company Name   The Law Offices of Michelle Ghidotti

Company Address   5120 E. La Palma Ave., Ste. 206, Anaheim

Hills, CA 92807

Email Address   N/A

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 140 College Rd Watsonville, CA 95076 | 8 Blossom Dr Watsonville, CA 95076 | | 752 California St Watsonville, CA 95076 | | 100 Stratford Dr Watsonville, CA 95076 | |
| Proximity to Subject | | 0.07 miles SE | | 0.94 miles SW | | 0.26 miles S | |
| Sale Price | $ | $ 525,000 | | $ 520,000 | | $ 489,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 477.27 sq.ft. | | $ 392.16 sq.ft. | | $ 358.50 sq.ft. | |
| Data Source(s) | | REILMLS#ML81600210;DOM 9 | | REILMLS#ML81589480;DOM 10 | | REILMLS#ML81597546;DOM 28 | |
| Verification Source(s) | | COE Doc # 36367 | | COE Doc # 28869 | | Pending sale | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | Listing | |
| Date of Sale/Time | | s09/16;c08/16 | | s08/16;c06/16 | | c08/16 | |
| Location | A;BsyRd; | N;Res; | -20,000 | N;Res; | -20,000 | N;Res; | -20,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site | 6403 sf | 10454 sf | 0 | 6055 sf | 0 | 7492 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Traditional | DT1;Ranch | 0 | DT1;Cottage | 0 | DT1;Ranch | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 57 | 43 | 0 | 65 | 0 | 46 | 0 |
| Condition | C4 | C3 | -26,000 | C3 | -26,000 | C4 | |
| Above Grade | Total 5 Bdrms. 3 Baths 2.0 | Total 5 Bdrms. 3 Baths 1.1 | +5,000 | Total 5 Bdrms. 3 Baths 1.0 | +10,000 | Total 6 Bdrms. 4 Baths 2.0 | -10,000 |
| Room Count | | | | | | | 0 |
| Gross Living Area | 1,076 sq.ft. | 1,100 sq.ft. | 0 | 1,326 sq.ft. | -16,250 | 1,364 sq.ft. | -18,720 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | F/Air | Wall furnace | +5,000 | FWA None | 0 | F/Air | |
| Energy Efficient Items | Dual panes | Dual panes | 0 | Insl/DualPane | 0 | No dual panes | +10,000 |
| Garage/Carport | 2ga2dw | 2ga2dw | 0 | 2ga2dw | 0 | 2ga2dw | |
| Porch/Patio/Deck | Patio | Porch/Deck | 0 | Porch | 0 | Patio | |
| Kitchen | Updated kitchen | Remodeled kit | 0 | Updated kitchen | 0 | Typical kitchen | +10,000 |
| Fireplace | 1 Fireplace | 1 Fireplace | 0 | 1 Fireplace | 0 | No Fireplace | +2,500 |
| Additional Areas | None | None | | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -36,000 | ☐ + ☒ - $ | -52,250 | ☐ + ☒ - $ | -26,220 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.9 % Gross Adj. 10.7 % $ | 489,000 | Net Adj. 10.0 % Gross Adj. 13.9 % $ | 467,750 | Net Adj. 5.4 % Gross Adj. 14.6 % $ | 462,780 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | REILMLS/Realist | REILMLS/Realist | REILMLS/Realist | REILMLS/Realist |
| Effective Date of Data Source(s) | 10/03/2016 | 10/03/2016 | 10/03/2016 | 10/03/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales     See Page 2.

Analysis/Comments    Two additional closed sales and one listing is included for further support of value determination. The 6 comparables represent the most similar, nearest comparables that would appeal to a similar buyer.  Comp #6 was a pending sale at the time of the inspection and is included to further support the estimate of value.

Comparables with the same Rating or Description does not mean they are identical and without adjustment in comparison to the subject . It means the overall quality, condition, location, view, etc. of that property falls within the definition of the rating range, but still may need to be further adjusted according to market reaction to the variances on a property-specific basis. Comparable MLS comments and photos were reviewed by the appraiser and condition rating were derived from photos and comments, sales values ranged from 2.5%-5% difference and adjustments were applied accordingly.

No employee, director, officer, or agent of the Seller, or any other third party acting as joint venture partner, independent contractor, appraisal company, appraisal management company, or partner on behalf of the Seller has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner.

I represent and warrant that, as of the date of this Report, I have had no contact with anyone that would in any way be construed as a violation of the Appraiser Independence Requirements; the only individuals with whom I have had any contact regarding my preparation of this Report have been limited to representatives of LRES Corporation and the designated individual required for entry into the subject property for purposes of inspection.  No agent or representative of lender/client whose name appears on the first page of this Report has contacted me directly and I am obligated to and would report any such unauthorized contact, whether in person, by phone, or electronically, to LRES Corporation immediately.

Case: 16-52851    Doc# 33    Filed: 03/01/17    Entered: 03/01/17 17:25:25    Page 17 of 47

Form 1004UAD.(AC) – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

# Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |

In this area, older homes which have been updated and remodeled compete directly with newer homes. Adjustments have been made based on condition, rather than age and it is typical to include comparables with a wider than 15 year range in age.

The initital comparable search included homes within 1 mile from the subject, within the past 90 days (from the Retroactive date of 10/03/2016) and between 800-1400sf. This search provided 7 current listings and 9 closed sales.

The market has increased during the past 90 days.

The subject's estimate of value is higher than the predominant value for the area. This is common when appraising homes in this area. The value is still within the range of values for the area. There is no negative affect due to the higher value.

Adjustments: Adjustments are based on paired sales and reflect typical buyer reaction in this area.
GLA has been adjusted at $65 per square foot.
Bedrooms have been adjusted at $10,000 each.
Bathrooms have been adjusted at $10,000 each.
Half bathrooms have been adjusted at $5,000 each.
Garages have been adjusted at $5,000 per space.
Lot size for over 1 acre differences are adjusted at $20,000 per acre, 1/2 acre adjusted at $10,000, $1 per lot size for less than 1/2 acre, no adjustment for less than 5,000 sf difference
Typical kitchens adjusted at $10,000
A/C adjusted at $5,000
Fireplaces adjusted at $2,500
Dual panes adjusted at $10,000

Comps #1, 2 and 3 are given the most weight. They are the most recent closed sales located on the subject's street.

GLA adjustments exceed guidelines for Comps #2 and 6. This is common when appraising homes with smaller GLA.

Form SUP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report

File No.

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 140 College Rd | City Watsonville | State CA | ZIP Code 95076 |
|---|---|---|---|---|

Borrower  Richard Rivera Jr. & Julie Gonzalez-Rivera

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 7 | 9 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 2.33 | 3.00 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 7 | 6 | 7 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 6.0 | 2.6 | 2.3 | ☒ Declining | ☐ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 352,356 | 376,857 | 439,389 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 46 | 37 | 22 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 356,605 | 387,414 | 443,589 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 113 | 102 | 68 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98.80 | 97.27 | 99.05 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☐ Yes | ☒ No | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions were noted in only a small number of the sales activity in this area. Concessions are typically found in the REO, short sales and FHA financing transactions.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The REO sales in this area appear to be less than 1% of total sales in the area.

Cite data sources for above information.    Sources include but are not limited to the multiple listing service, dqnews.com, Cyberhomes.com, foreclosures.com, Realist, the internet, real estate agents, and previous files.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Comparable property values have remained stable over  the 12 months prior to the effective date of this report based on analysis of recent closed sales, pending sales, current active listings.  This is due to a decrease in supply in housing inventory and foreclosures rates in this marketing area, federal and local government assistance and incentives for potential buyers and an increase in FHA lending.
Notes:
1) Original list prices considered misleading, price at time of status used instead.
2) Median Sale Price as % of List Price is determined using only sold homes,
dividing the sold price by the final list price.
3) Data is derived from the Multiple Listing Service.
4) DOM = Listing Date to Pending Date, or Listing Date to Withdrawn/Cancelled/Expired.

**If the subject is a unit in a condominium or cooperative project, complete the following:**    Project Name:

CONDO/CO-OP PROJECTS

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

APPRAISER

| | |
|---|---|
| Signature | Signature |
| Appraiser Name  Erick B. Mould | Supervisory Appraiser Name |
| Company Name  Pacific Residential Appraisal S | Company Name |
| Company Address  106 Porter Gulch Road, A | Company Address |
| State License/Certification #  AR035784  State  CA | State License/Certification #  State |
| Email Address  erick@pac-res-appraisals.com | Email Address |

Freddie Mac Form 71   March 2009    Page 1 of 1    Fannie Mae Form 1004MC   March 2009
Case: 16-52851   Doc# 33   Filed: 03/01/17   Entered: 03/01/17 17:25:25   Page 19 of 47
Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# USPAP ADDENDUM

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville     County Santa Cruz     State CA     Zip Code 95076 |
| Lender | The Law Offices of Michelle Ghidotti |

This report was prepared under the following USPAP reporting option:

[X] Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     1 to 60 days

## Additional Certifications
I certify that, to the best of my knowledge and belief:

[X] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Additional Comments

| APPRAISER | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Erick _____ | Name: |
| Date Signed: __/__/17 | Date Signed: |
| State Certification #: _____035784 | State Certification #: |
| or State License #: | or State License #: |
| State: CA | State: |
| Expiration Date of Certification or License: 12/02/2018 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 10/03/2016 | Supervisory Appraiser Inspection of Subject Property |
| | [ ] Did Not [ ] Exterior-only from Street [ ] Interior and Exterior |

Case: 16-93-2016    Doc# 33    Filed: 03/01/17    47

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Building Sketch

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1076 Sq ft | 26 × 39 | = 1014 |
| | | 4 × 15.5 | = 62 |
| | | | |
| **Total Living Area (Rounded):** | **1076 Sq ft** | | |
| Non-living Area | | | |
| 2 Car Garage | 430.5 Sq ft | 21 × 20.5 | = 430.5 |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Location Map

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



**SUBJECT**
140 College Rd

**COMPARABLE No. 1**
150 College Rd
0.04 miles SE

**COMPARABLE No. 2**
30 College Rd
0.04 miles SE

**COMPARABLE No. 3**
134 College Rd
0.02 miles NW

**COMPARABLE No. 4**
8 Blossom Dr
0.07 miles SE

**COMPARABLE No. 5**
752 California St
0.94 miles SW

**COMPARABLE No. 6**
100 Stratford Dr
0.26 miles S

Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Plat Map



FOR TAX PURPOSES ONLY

POR. SALSIPUEDES RANCHO
SEC. 34, T.11S., R.2E., M.D.B. & M.

Tax Area Code
69-253

51-17

Subject
140 College Rd.

1/4 Sec. Corner
Center of Sec. 34

1/4 Sec. Line

30PM74
11/28/1978

3PM1
3/10/1971

3MB46
7/22/1971

6PM32
6/14/1972

Note - Assessor's Parcel & Block
Numbers are Shown in Circles.

Assessor's Map No. 51-17
County of Santa Cruz, Calif.
June 2000

Case: 16-52851    Doc# 33    Filed: 03/01/17    Entered: 03/01/17 17:25:25    Page 23 of
47

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Aerial map of subject



Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Photos

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



### Subject Front

| | |
|---|---|
| 140 College Rd | |
| Sales Price | |
| Gross Living Area | 1,076 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | A;BsyRd; |
| View | N;Res; |
| Site | 6403 sf |
| Quality | Q4 |
| Age | 57 |

### Subject Rear



### Subject Street



Form PICPIX.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Additional street view



Garage View



Side of Subject

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Side of Subject



Additional Rear View



Garage View

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville |
| County | Santa Cruz |
| State | CA |
| Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Water heater - only 1 strap



Kitchen



Dining

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti | | | | | |



Living Room



Bathroom 1



Bedroom 1

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera | | | | | |
| Property Address | 140 College Rd | | | | | |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti | | | | | |



Bedroom 1



Possible mold



Possible mold

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville    County  Santa Cruz    State  CA    Zip Code  95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Bathroom 2



Bedroom 2



Bedroom 3

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville    County Santa Cruz    State CA    Zip Code 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Possible termite



Under house



Under house

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville   County  Santa Cruz   State  CA   Zip Code  95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Under house



Possible wood/stucco rot



Possible wood/stucco rot

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Photograph Addendum

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville |
| County | Santa Cruz |
| State | CA |
| Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



F/Air



Heating duct

Form GPICPIX - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Comparable Photos 1-3

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville    County Santa Cruz    State CA    Zip Code 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



### Comparable 1

**150 College Rd**

| | |
|---|---|
| Prox. to Subject | 0.04 miles SE |
| Sales Price | 450,000 |
| Gross Living Area | 1,098 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | A;BsyRd; |
| View | N;Res; |
| Site | 9496 sf |
| Quality | Q4 |
| Age | 43 |



### Comparable 2

**30 College Rd**

| | |
|---|---|
| Prox. to Subject | 0.04 miles SE |
| Sales Price | 535,000 |
| Gross Living Area | 1,365 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | A;BsyRd; |
| View | N;Res; |
| Site | 8973 sf |
| Quality | Q4 |
| Age | 37 |



### Comparable 3

**134 College Rd**

| | |
|---|---|
| Prox. to Subject | 0.02 miles NW |
| Sales Price | 395,500 |
| Gross Living Area | 1,036 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | A;BsyRd; |
| View | N;Res; |
| Site | 11550 sf |
| Quality | Q4 |
| Age | 79 |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Comparable Photos 4-6

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville | County | Santa Cruz | State | CA | Zip Code | 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



### Comparable 4

8 Blossom Dr

| | |
|---|---|
| Prox. to Subject | 0.07 miles SE |
| Sales Price | 525,000 |
| Gross Living Area | 1,100 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10454 sf |
| Quality | Q4 |
| Age | 43 |



### Comparable 5

752 California St

| | |
|---|---|
| Prox. to Subject | 0.94 miles SW |
| Sales Price | 520,000 |
| Gross Living Area | 1,326 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6055 sf |
| Quality | Q4 |
| Age | 65 |



### Comparable 6

100 Stratford Dr

| | |
|---|---|
| Prox. to Subject | 0.26 miles S |
| Sales Price | 489,000 |
| Gross Living Area | 1,364 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7492 sf |
| Quality | Q4 |
| Age | 46 |

Form PICPIX.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Case: 16-52851    Doc# 33    Filed: 03/01/17    Entered: 03/01/17 17:25:25    Page 37 of 47

## Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
## (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Case: 16-52851    Doc# 33    Filed: 03/01/17    Entered: 03/01/17 17:25:25    Page 39 of 47

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

### Erick B. Mould

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AR 035784

Effective Date:    December 3, 2016
Date Expires:    December 2, 2018

Jim Martin, Bureau Chief, BREA

3031100

# LLOYD'S

### CERTIFICATE OF INSURANCE
### Real Estate Appraisers E&O Program

**effected with certain Underwriters at Lloyd's, London**
**for the Members of the Five Star Realty, Inc. Purchasing Group**

CERTIFICATE NO. 15REALPC-0287                    BINDING AUTHORITY: B0595EL0085002015

THIS CERTIFICATE OF INSURANCE IS ISSUED AS NOTICE OF INSURANCE FOR THE INDIVIDUAL INSURED REFERENCED HEREIN AND ANY OTHER APPLICABLE INSURED AS DEFINED IN THE MASTER POLICY AND IN ACCORDANCE WITH THE APPLICATION WHICH ATTACHES TO AND FORMS A PART OF THE CONTRACT. THIS CERTIFICATE, THE INSURANCE POLICY ISSUED AS THE MASTER POLICY AND THE APPLICATION FOR THE INDIVIDUAL INSURED FORM THE ENTIRE CONTRACT WITH RESPECT TO THE INDIVIDUAL INSURED AND ANY OTHER APPLICABLE INSURED. THIS CERTIFICATE IS FURNISHED IN ACCORDANCE WITH AND IN ALL RESPECTS IS SUBJECT TO THE TERMS OF THE MASTER POLICY AND, IF APPLICABLE, REPLACES ANY CERTIFICATE PREVIOUSLY ISSUED TO THE INDIVIDUAL REFERENCE HEREIN.

This document is to notify the Members named below (the "Insured") that the following insurance has been affected with certain Underwriters at Lloyd's, London (not incorporated) (The "Underwriters") for the Coverage Period specified below under the Master Policy specified below (the "Master Policy") issued to the Master Policyholder.

The insurance is provided under the Master Policy and is in accordance with the terms of the Master Policy, a copy of which is attached hereto.

Item 1a.  **Insured Member:**      Erick B. Mould dba Pacific Residential Appraisal Services
          **Mailing Address:**     4106 Porter Gulch Road, Aptos, CA 95003

Item 1b.  **Name of Master Policyholder:**      Members of the Five Star Realty, Inc. Purchasing Group
          **Mailing Address:**                  1230 E. Diehl Road – Suite 350
                                                Naperville, IL 60563

          **Master Policy Number:**             **MPREA- 2015**

Item 2.   **PERIOD OF INSURANCE:**        **FROM:**     04/25/2016      **TO:**     04/25/2017
          12:01AM STANDARD TIME AT THE ADDRESS SHOWN IN NUMBER 1 ABOVE.

Item 3.   **LIMIT OF LIABILITY:**     a) $    1,000,000    **Each Claim, Includes  Claims Expenses**
                                      b) $    1,000,000    **Annual Aggregate, Includes Claims Expenses**

Item 4.   **DEDUCTIBLE:**                $    1,000    **Each Claim deductible - Includes Claims Expenses**

Item 5.   **PREMIUM U. S.:**             $    1,147.00    Gross Premium

                                         $      34.41    CA Surplus Lines Tax
                                         $       2.29    CA Stamp Tax
                                         $      50.00    Processing Fee
                                         $    1,233.70    Total Premium

Item 6.   **RETROACTIVE DATE:**       04/25/2010
Item 7.   **NOTICE OF CLAIM TO:**     Premier Claims Management, LLC
                                      2020B North Tustin Avenue
                                      Santa Anna, CA 92705
                                      888-683-2266 (p)
                                      866-885-4047 (f)
                                      www.premierclaimsllc.com

          *In the event of a claim under the Master Policy or any circumstances likely to give rise to a claim, the Insured shall have the duty to immediately give notice to the entity specified above.*

Item 8.   **NOTICE OF ELECTION:**     5 Star Professional Programs
                                      1230 E. Diehl Road – Suite 350 Naperville, IL 60563
                                      Tel: 312/855-2045    Fax: 866/720-5003

**SPECIAL CONDITIONS:** as per attached form list

**ARK 2010 Cert** Date Typed: 04/12/2016
   **V. (09/11)**

*Shawna Reidy*

**Correspondent**

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Appraisers
# E&O Program

---

1230 East Diehl Road, Suite 350 Naperville, IL  60563
Tel: 866-253-4447  Fax: 866-720-5003

# SCHEDULE OF APPRAISERS

**Name and Address of Insured:**  ( a member of the Five Star Realty Inc., Risk Purchasing Group)

Erick B. Mould dba Pacific Residential Appraisal Services
4106 Porter Gulch Road
Aptos, CA 95003

**Policy Number:** 15REALPC-0287

| **Type:** | **Name:** |
|---|---|
| Appraiser | Erick B. Mould |
| Appraiser | Kathleen N. Acuna |

SCHAPP

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## 140 College Rd, Watsonville, CA 95076-2309, Santa Cruz County



| 3 | 1,082 | 6,403 | N/A | |
|---|---|---|---|---|
| Beds | Bldg Sq Ft | Lot Sq Ft | Sale Price | Auction  |
| 2 | 1959 | SFR | N/A | |
| Baths | Yr Built | Type | Sale Date | |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Rivera Richard Jr** | Tax Billing Zip: | **95076** |
| Owner Name 2: | **Gonzales-Rivera Julie** | Tax Billing Zip+4: | **2309** |
| Tax Billing Address: | **140 College Rd** | Owner Occupied: | **Yes** |
| Tax Billing City & State: | **Watsonville, CA** | | |

### Location Information

| | | | |
|---|---|---|---|
| School District: | **Pajaro Vly** | Property Carrier Route: | **C012** |
| Community College District: | **Cabrillo Jt** | Zoning: | **R-1-6** |
| Census Tract: | **1225.00** | Market Area: | **54** |

### Tax Information

| | | | |
|---|---|---|---|
| APN : | **051-171-14-000** | Tax Area: | **69253** |
| % Improved: | **70%** | | |

### Assessment & Tax

| Assessment Year | 2016 | 2015 | 2014 |
|---|---|---|---|
| Assessed Value - Total | $65,026 | $64,048 | $62,794 |
| Assessed Value - Land | $19,642 | $19,346 | $18,968 |
| Assessed Value - Improved | $45,384 | $44,702 | $43,826 |
| YOY Assessed Change ($) | $978 | $1,254 | |
| YOY Assessed Change (%) | 1.53% | 2% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2014 | $1,598 | | |
| 2015 | $1,634 | $36 | 2.26% |
| 2016 | $1,719 | $85 | 5.21% |

| Special Assessment | Tax Amount |
|---|---|
| Salsipuedes San Dis Swr Svs Ch | $674.50 |
| Sc Co Flood Cntrl & Water Cons | $75.70 |
| County-Refuse Csa 9c | $56.92 |
| 9d3- Road Repair | $56.40 |
| Pajaro Valley Fire Protect Tax | $30.00 |
| Pajaro Valley Water Mngmnt Agy | $18.00 |
| County-Highway Lighting Csa 9 | $16.58 |
| 2013 B Ref 2002 Pajaro Sch Bd | $12.76 |
| 2012 A Pajaro Valley Sch Bnd | $12.68 |
| Mosquito Abate/Vector Control | $11.58 |
| Csa 53 Mosquito Control Assm | $10.18 |
| County Parks Parcel Tax | $8.50 |
| Other Misc | $35.36 |
| Total Of Special Assessment | $1,068.66 |

### Characteristics

| | | | |
|---|---|---|---|
| Land Use - CoreLogic: | **SFR** | Bedrooms: | **3** |

**Courtesy of Erick B. Mould, MLS Listings**
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 01/14/2017
Page 1 of 2

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| | | | | |
|---|---|---|---|---|
| Land Use - County: | **Single Family Resid** | | Total Baths: | **2** |
| Lot Acres: | **0.147** | | Full Baths: | **2** |
| Lot Area: | **6,403** | | Heat Type: | **Central** |
| Year Built: | **1959** | | Parking Type: | **Type Unknown** |
| Effective Year Built: | **1959** | | Garage Sq Ft: | **440** |
| Building Sq Ft: | **1,082** | | Roof Material: | **Composition Shingle** |
| Total Rooms: | **5** | | Water: | **Public** |

## Last Market Sale & Sales History

| | | | | |
|---|---|---|---|---|
| Recording Date: | **04/08/1996** | | Owner Name: | **Rivera Richard Jr** |
| Document Number: | **5826-186** | | Owner Name 2: | **Gonzales-Rivera Julie** |
| Deed Type: | **Grant Deed** | | Seller: | **Rivera Janice** |

| **Recording Date** | 06/21/2005 | 02/27/2004 | 01/13/2003 | 01/13/2003 | 10/01/1999 |
|---|---|---|---|---|---|
| **Nominal** | Y | Y | Y | Y | Y |
| **Buyer Name** | Rivera Richard Jr | Rivera Richard Jr & Julie G | Rivera Richard | Rivera Richard | River Janice P & Richar John Jr |
| **Seller Name** | Rivera Richard Jr & Julie G | Rivera Richard | Rivera Janice P | Gonzales Julie A | Rivera Janice P |
| **Document Number** | 41378 | 12593 | 3668 | 3667 | 64484 |
| **Document Type** | Grant Deed | Grant Deed | Grant Deed | Interspousal Deed Transfer | Joint Tenancy Deed |

| **Recording Date** | 04/08/1996 | 11/18/1987 | 04/02/1975 | | |
|---|---|---|---|---|---|
| **Nominal** | | Y | | | |
| **Buyer Name** | Owner Record | Rivera Janice | Rivera Richard & Janice | | |
| **Seller Name** | Rivera Janice | Rivera Richard & Janice | Owner Record | | |
| **Document Number** | 5826-186 | 4251-407 | 2488-657 | | |
| **Document Type** | Grant Deed | Joint Tenancy Deed | Deed (Reg) | | |

## Mortgage History

| **Mortgage Date** | 07/24/2007 | 03/14/2006 | 06/21/2005 | 02/27/2004 | 01/13/2003 |
|---|---|---|---|---|---|
| **Mortgage Amount** | $200,300 | $100,000 | $450,000 | $320,000 | $265,300 |
| **Mortgage Lender** | National Cty Bk | National Cty Bk | Comunity Lending | World Svgs Bk Fsb | Flagstar Bk Fsb |
| **Mortgage Code** | Conventional | Conventional | Conventional | Conventional | Conventional |
| **Mortgage Type** | Refi | Refi | Nominal | Nominal | Nominal |

| **Mortgage Date** | 12/30/1999 | | | | |
|---|---|---|---|---|---|
| **Mortgage Amount** | $200,000 | | | | |
| **Mortgage Lender** | Washington Mutual Bk | | | | |
| **Mortgage Code** | Conventional | | | | |
| **Mortgage Type** | Refi | | | | |

## Foreclosure History

| **Document Type** | Notice Of Trustee's Sale | Notice Of Default | Release Of Lis Pendens/ Notice | Notice Of Trustee's Sale | Notice Of Default |
|---|---|---|---|---|---|
| **Default Date** | | 05/16/2016 | | | 01/14/2009 |
| **Foreclosure Filing Date** | 09/12/2016 | 05/16/2016 | | 05/28/2009 | 01/14/2009 |
| **Recording Date** | 09/14/2016 | 05/26/2016 | 10/12/2010 | 06/01/2009 | 01/15/2009 |
| **Document Number** | 34576 | 18606 | 41438 | 25769 | 1675 |
| **Default Amount** | | $38,333 | | | $10,682 |
| **Final Judgment Amount** | $241,179 | | | $479,442 | |
| **Original Doc Date** | 07/24/2007 | 07/24/2007 | 01/15/2009 | 06/21/2005 | 06/21/2005 |
| **Original Document Number** | 40344 | 40344 | 1675 | 41379 | 41379 |

Courtesy of Erick B. Mould, MLS Listings
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 01/14/2017
Page 2 of 2

# Flood Map

| | |
|---|---|
| Borrower | Richard Rivera Jr. & Julie Gonzalez-Rivera |
| Property Address | 140 College Rd |
| City | Watsonville County Santa Cruz State CA Zip Code 95076 |
| Lender/Client | The Law Offices of Michelle Ghidotti |



Prepared for: Pacific Residential Appraisals
140 College Rd
Watsonville, CA 95076

**MAP DATA**

FEMA Special Flood Hazard Area: **Yes**
Map Number: 06087C0411E
Zone: **AE**
Map Date: **May 16, 2012**
FIPS: **06087**

**MAP LEGEND**

Powered by CoreLogic©

- ☐ Areas inundated by 500-year flooding
- ☐ Areas inundated by 100-year flooding
- ☐ Velocity Hazard
- ☒ Protected Areas
- ▨ Floodway
- ◯ Subject Area

Case: 16-52851   Doc# 33   Filed: 03/01/17   Entered: 03/01/17 17:25:25   Page 45 of 47

Form MAP.FLOOD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. LaPalma Ave., Suite 206
Anaheim, CA 92807
Ph: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorney for Creditor
Aspen G LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 16-52851 |
| | ) |
| Richard John Rivera, Jr. and Julie Gonzales-Rivera, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On March 1, 2017 I served the following documents described as:

- **DECLARATION OF ERICK B. MOULD IN SUPPORT OF SUPPLEMENTAL OPPOSITION OF ASPEN G LLC, TO DEBTORS' MOTION TO VALIE PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN OF ASPEN G LLC**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor** | **Chapter 13 Trustee** |
| Richard John Rivera, Jr. | Devin Derham-Burk |
| 140 College Rd. | P.O. Box 50013 |
| Watsonville, CA 95076 | San Jose, CA 95150-0013 |
| | |
| **Joint Debtor** | **U.S. Trustee** |
| Julie Gonzales-Rivera | Office of the U.S. Trustee / SJ |
| 140 College Rd. | U.S. Federal Bldg. |
| Watsonville, CA 95076 | 280 S 1st St. #268 |
| | San Jose, CA 95113-3004 |
| **Debtor's Counsel** | |
| Paul Seabrook | **Judge** |
| Seabrook Law Offices | Honorable M. Elaine Hammond |
| 2055 Junction Ave. #138 | United States Courthouse, Room 3035 |
| San Jose, CA 95131 | 280 South First Street |
| | San Jose, CA 95113-3099 |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 1, 2017 at Anaheim, California

*/s / Jeremy Romero*
Jeremy Romero

2